■ U.S. Bank National Association, as Trustee for JPMMT 2006-S4, Respondent, v Daniel Adler, Appellant, et al., Defendants. [49 NYS3d 148]—

In an action to foreclose a mortgage, the defendant Daniel Adler appeals, as limited by his brief, from so much of an order of the Supreme Court, Nassau County (Adams, J.), dated October 30, 2015, as, in effect, granted that branch of the plaintiff's motion which was pursuant to CPLR 2004 for an extension of time, nunc pro tunc, to renew its motion for summary judgment on the complaint insofar as asserted against him.

Ordered that the order is affirmed insofar as appealed from, with costs.

CPLR 2004 provides that, "[e]xcept where otherwise expressly prescribed by law, the court may extend the time fixed by any statute, rule or order for doing any act, upon such terms as may be just and upon good cause shown, whether the application for extension is made before or after the expiration of the time fixed." In exercising its discretion to grant an extension of time pursuant to CPLR 2004, a court may consider such factors as the length of the delay, the reason or excuse for the delay, and any prejudice to the party opposing the motion (*see Tewari v Tsoutsouras*, 75 NY2d 1, 11-12 [1989]; *Siracusa v Fitterman*, 110 AD3d 1055, 1056 [2013]).

Under the circumstances of this case, the Supreme Court providently exercised its discretion in, in effect, granting that branch of the plaintiff's motion which was pursuant to CPLR 2004 for an extension of time, nunc pro tunc, to renew its motion for summary judgment. Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.